PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cedric Johnson             Case Number: 2:94CR00269-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 05/24/1995         Type of Supervision: Supervised Release

Original Offense: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1)             Date Supervision Commenced: 10/19/2005

Original Sentence: Prison - 151 months; TSR - 36 months             Date Supervision Expires: 10/18/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows and transfer of jurisdiction:

Cedric Johnson, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed *eight* tests per month, as directed by the probation officer, pursuant to 18 USC § 3583(d).

Additionally, Cedric Johnson shall refrain from using illicit drugs and alcohol, and abusing prescription medication during the period of supervision

### CAUSE

Mr. Johnson was released from imprisonment to reside in the Central District of California where he is currently being supervised. On December 5, 2005, the assigned probation officer submitted a request to amend and modify the conditions of supervision based on the offender's history of substance abuse and to comply with the United States v. Stephens (9th Cir. 2005) case.

The offender has signed a waiver of hearing agreeing to the above noted modifications to supervised release. A copy of this waiver is attached.

The undersigned officer also recommends the Court consider a transfer of jurisdiction be prepared in the event the Court's intervention is necessary, future matters can be handled more expeditiously where the offender is being supervised.

Respectfully submitted,

by /s/ Missy K. Kolbe
Missy K. Kolbe
U.S. Probation Officer
Date: December 19, 2005

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

/s/ Fred Van Sickle
Signature of Judicial Officer

December 19, 2005
Date

PROB: 49
(3/89)

UNITED STATES DISTRICT COURT
Eastern District of Washington

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Cedric Johnson, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed *eight* tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

Additionally, Cedric Johnson shall refrain from using illicit drugs and alcohol, and abusing prescription medication during the period of supervision.

Witness: _____  Signed: _____
        Amy Young                           Cedric Johnson
        U. S. Probation Officer          Supervisee

        Date:   11/2/05

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:94CR00269-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Cedric Johnson | DISTRICT EASTERN DISTRICT OF WASHINGTON | DIVISION U.S. Probation Office Spokane |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Fred Van Sickle U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/19/2005 — TO 10/18/2008 |

OFFENSE

Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>"EASTERN DISTRICT OF WASHINGTON"</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____        _____
Date                                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central Districe of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____        _____
Effective Date                                United States District Judge